HMK/mb FS 7954

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FERROSTAAL METALS GROUP, INC., formerly
known as MAN FERROSTAAL, INC.,

                              Plaintiff,         08 CV 1053 (PKL)(RLE)
                                                        ECF CASE

     -against-

M/V SANKO SUPREME, her engines, boilers,     **RULE 7.1 STATEMENT**
tackle, etc., SUPREME BULKSHIP, LTD.,
SANKO SHIP MANAGEMENT
CO LTD., SM CHINA CO., LTD.

                              Defendants.
-------------------------------------------------------------X

     PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT CORPORATION: MAN FERROSTAAL AG, MAN AG, FERROSTAAL METALS GMBH, COUTINHO & FERROSTAAL GMBH & CO. KG.

Dated: January 28, 2008

                                              KINGSLEY, KINGSLEY & CALKINS
                                              Attorneys for Plaintiff

                                              BY:_____
                                                HAROLD M. KINGSLEY
                                                91 W. Cherry Street
                                                Hicksville, New York 11801
                                                (516) 931-0064