UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FERROSTAAL METALS GROUP, INC.

            Plaintiff,

-V-

M/V SANKO SUPREME, et al

            Defendants,

**CERTIFICATE OF MAILING**

08 CV 1053 (PKL)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

25TH day of February, 2008

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

1ST day of February, 2008

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 596 304 530 US

_J. Michael McMahon_
CLERK

Dated: New York, NY

## Kingsley, Kingsley & Calkins
ATTORNEYS AT LAW
Proctors in Admiralty
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

February 7, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:  FERROSTAAL METALS GROUP, INC. f/k/a
              MAN FERROSTAAL, INC. v. M/v SANKO SUPREME, et al.
              08 CIV 1053 (PKL)
              Our Ref: FS 7954

[...]s and Complaint on the following defendant
[...]ules of Civil Procedure Rule 4: (f)(2)(c) (ii):

[...]. LTD.
[...]gkong New World Tower
[...]ai Zhong Road
[...]1

Very truly yours,

[signature]

---

**Registered Mail Receipt (USPS Form 3806):**

Registered No. RB596304530US
Reg. Fee: $10.15
Handling Charge: $0.00
Return Receipt: $2.15
Postage: $1.80
Restricted Delivery: $0.00
Received by: [blank]
Customer Must Declare Full Value: $0.00
Date Stamp: 0004 / 05 / 02/25/08

FROM: KINGSLEY KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
OUR FILE #: FS 7954

TO: SCMChINA CO. LTD.
Suite 2302, Hongkong New World Tower
No. 300, Huaihai Zhong Road
Shanghai 200021 CHINA