UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
FERROSTAAL METALS GROUP, INC.
                    Plaintiff,

            -V-

M/V SANKO SUPREME, et al
                    Defendants,
```

**CERTIFICATE OF MAILING**

08 CV 1053 (PKL)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 25TH day of February, 2008

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 1ST day of February, 2008

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 596 304 543 US**

_J. Michael McMahon_
CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

February 7, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: FERROSTAAL METALS GROUP, INC. f/k/a
           MAN FERROSTAAL, INC. v. M/v SANKO SUPREME, et al.
           08 CIV 1053 (PKL)
           Our Ref: FS 7954

Sir:

[Portion of letter obscured by attached USPS Receipt for Registered Mail]

...and Complaint on the following defendant
...les of Civil Procedure Rule 4: (f)(2)(c) (ii):

SHIP, LTD.
REME
Kokusai Building
home
yo 100-0011

Very truly yours,

[signature]

---

**Receipt for Registered Mail (PS Form 3806)**

Registered No. RB596304543US

| Reg. Fee | $10.15 | | | Date Stamp |
|---|---|---|---|---|
| Handling Charge | $0.00 | Return Receipt | $2.15 | 0004 05 02/25/08 |
| Postage | $1.80 | Restricted Delivery | $0.00 | |

Received by:

Customer Must Declare Full Value $0.00 — Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE
10013

FROM:
KINGSLEY KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
OUR FILE #: FS 7954

TO:
Supreme Bulkship, Ltd. c/o SANKO SUPREME
2nd Fl., Hibiya Kikusai Bldg.
Uchisaiwai-cho-chome
Chiyoda-ku, Tokyo 100-0011
JAPAN

PS Form 3806, Receipt for Registered Mail — Copy 1 - Customer
May 2004 (7530-02-000-9051) (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com