UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FERROSTAAL METALS GROUP, INC.

               Plaintiff,

-V-

M/V SANKO SUPREME, et al

               Defendants,

**CERTIFICATE OF MAILING**

08 CV 1053 (PKL)

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**25TH day of February, 2008**

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**1ST day of February, 2008**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 596 304 526 US**

*J. Michael McMahon*
CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*

ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

February 7, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re: FERROSTAAL METALS GROUP, INC. f/k/a
          MAN FERROSTAAL, INC. v. M/v SANKO SUPREME, et al.
          08 CIV 1053 (PKL)
          Our Ref: FS 7954

Sir:

[registered mail receipt affixed over letter body]

Registered No. RB596304526US
Reg. Fee $10.15
Handling Charge $0.00
Return Receipt $2.15
Postage $1.80
Restricted Delivery $0.00
Date Stamp: 0004 / 05 / 02/25/08
Customer Must Declare Full Value $ $0.00

FROM:
KINGSLEY KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
OUR FILE # FS 7954

TO:
SANKO SHIP MANAGEMENT CO. LTD   JP Japan
2nd Fl, Hibiya Kokusai Bldg
Uchisai-wai-cho-chome
Chiyoda-ku, Tokyo 100-0011 JAPAN

PS Form 3806, Receipt for Registered Mail, May 2004

...and Complaint on the following defendant ...les of Civil Procedure Rule 4: (f)(2)(c)(ii):

...ANAGEMENT CO. LTD.
...Kokusai Building
...iome
...o 100-0011

Very truly yours,

[signature]