```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
FERROSTAAL METALS GROUP, INC.,
formerly known as MAN FERROSTAAL, INC.,

                        Plaintiffs,       08 CV 1053 (PKL)

        - against -
                                           RULE 7.1 STATEMENT
M/V SANKO SUPREME, her engines,
BULKSHIP, LTD. SANKO SHIP MANAGEMENT
CO. LTD., S.M. CHINA CO. LTD.,

                        Defendants.
-------------------------------------X
```

Attorney of record, EDWARD A. KEANE, of the firm of MAHONEY AND KEANE, attorneys of record for defendants BULKSHIP, LTD. SANKO SHIP MANAGEMENT CO. LTD. certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of BULKSHIP, LTD. SANKO SHIP MANAGEMENT CO. LTD.

Dated:  New York, N.Y.
        August 20, 2008

EDWARD A. KEANE (EK 1398)